Ruth L. Burns, individually and on behalf of Judity A. Wilson and William Clements, Petitioners v. City of Lakewood, Colorado; Lakewood Code Enforcement; Lakewood Municipal Court; Adam Paul, Mayor; Ramey Johnson, City Council Member; Charlie Able, City Council Member; Pete Roybal, City Council Member; Barbara Franks, City Council Member; Karen Harrison, City Council Member; Cheryl Sanders, Lakewood Code Enforcement Supervisor; Gail Spencer, Lakewood Code Enforcement Supervisor; Mike Dawson, Lakewood Code Enforcement Officer; and Chris Barnes, Lakewood Code Enforcement Officer. Respondents No. 22SC556
Supreme Court of Colorado, En Banc
January 23, 2023
 
           Court
 of Appeals Case No. 21CA265
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 1